IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 5: 03-MJ-04-12 (CWH) |
| THOR B. FLANCHER, | VIOLATION: Simple Poss. Of Marijuana |
| Defendant | |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION TO DISMISS** filed herein by counsel for the United States (Tab #7), and for cause shown, said motion is GRANTED. This proceeding against defendant THOR B. FLANCHER is DISMISSED.

SO ORDERED AND DIRECTED, this 14th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE